UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALAN J. MEYERS, ROCCO H. COLANERO,
ALLEN PENLEY, and EDDIE WARREN
BRIDGES, on behalf of themselves
and a similarly situated class,
and INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE & AGRICULTURAL
IMPLEMENT WORKERS OF AMERICA-UAW,

    Plaintiffs,

vs.                                    No. 2:14-cv-02361-SHM-tmp

DTNA TRUCKS NORTH AMERICA,
LLC and DTNA TRUCKS NORTH
AMERICA WELFARE BENEFIT PLAN,

    Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Final Approval Order, docketed December 29, 2014.  The Court retains exclusive jurisdiction to resolve any disputes relating to, arising out of, or in connection with the Settlement Agreement's enforcement, interpretation, or implementation, pursuant to § 22(B) of the Settlement Agreement.

**APPROVED:**


_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


_December 29, 2014_                    THOMAS M. GOULD
DATE                                      CLERK

                                                      _s/ Zandra Frazier_